A TRUE COPY I CERTIFY
James G. Woodward, Clerk

By: David L. Braun
Deputy Clerk

For the United States District Court
Eastern District of Missouri

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NUVARING PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 1964

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −200)

On August 22, 2008, the Panel transferred 8 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 572 F.Supp.2d 1382 (J.P.M.L. 2008). Since that time, 1,348 additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W Sippel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 29, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION                                  MDL No. 1964

### SCHEDULE CTO−200 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA CENTRAL

| | | | |
|---|---|---|---|
| CAC | 2 | 13−05756 | Suzan McFadden v. Organon USA Inc et al |
| CAC | 2 | 13−05759 | Arturo Iturbe v. Organon USA Inc et al |
| CAC | 2 | 13−05761 | Marcia Barnes v. Organon USA Inc et al |
| CAC | 2 | 13−05763 | Donica Doroski v. Organon USA Inc et al |
| CAC | 2 | 13−05767 | Margaret Gonzalez v. Organon USA Inc et al |
| CAC | 8 | 13−01203 | Christine Esparza v. Organon USA Inc et al |

CALIFORNIA EASTERN

| | | | |
|---|---|---|---|
| CAE | 1 | 13−01238 | Kempf v. Organon USA, Inc. et al |

CALIFORNIA NORTHERN

| | | | |
|---|---|---|---|
| CAN | 3 | 13−03680 | Davis v. Organon USA, Inc. et al |

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 9 | 13−80703 | Kinney v. Organon USA, Inc. et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 13−11923 | Collier v. Organon USA Inc et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 13−02212 | Heppler v. Organon USA, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 13−03064 | CUMMINS v. ORGANON USA, INC. et al |
| NJ | 2 | 13−03065 | GERST v. ORGANON USA, INC. et al |
| NJ | 2 | 13−03069 | STEWART v. ORGANON USA, INC. et al |

OREGON

| | | | |
|---|---|---|---|
| OR | 6 | 13−01412 | Carbaugh v. Organon USA, Inc. et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 4 | 13−02189 | Williams v. Organon USA Inc et al |